IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KIMBERLY McNULTY,

    Plaintiff,

vs.                                     CASE NO. 3:10cv416/RS-CJK

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.
_____/

## ORDER

The requested by Plaintiff's Unopposed Motion To Extend Time To Complete Discovery; Hold Attorney's Conference; And File Pretrial Stipulation (Doc. 21) is **granted**.

**ORDERED** on April 11, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**