## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

KIMBERLY MCNULTY,

      Plaintiff,

vs.                                               CASE NO.  3:10cv416/RS-CJK

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

      Defendant.

_____/

## ORDER

Before me is the parties' notice of settlement (Doc. 28).  Pursuant to N.D. Fla. Loc. R. 16.2(D), **IT IS ORDERED**:

1.   This case is dismissed from the active docket of the court.

2.  In the event that the settlement between these parties is not consummated, the Court reserves jurisdiction, upon motion filed by any party within sixty days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

3.  The clerk is directed to close the file for administrative purposes, and upon the expiration of 60 days without activity, the clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on May 18, 2011.

/s/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**